womblebonddickinson.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/5/2022__

June 30, 2022

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

950 Third Avenue
Suite 2400
New York, NY 10022

t:  332.258.8400
f:  332.258.8949

<u>Via ECF Filing</u>

Re:    Sundaram v. Belk, Inc., et. al. Case 1:22-cv-03258-AT

Anthony Coppola
Senior Counsel
Direct Dial: 332-258-8450
Direct Fax:
E-mail: Anthony.Coppola@wbd-us.com

Dear Judge Torres:

We are legal counsel to the defendants, Belk, Inc. and Belk Ecommerce LLC ("the Belk Defendants") in this matter and are writing to request a thirty (30) day extension of the date set forth in the Court's Initial Pretrial Scheduling Order. [ECF DKT No. 16] Specifically, the Court has ordered the parties to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order by **July 5, 2022**. The Belk Defendants request a thirty (30) day extension of this date.

The reason for the request for an extension of time is two-fold. First, it is made with the intent to permit the parties additional time to possibly avoid motion practice by discussing the potential dismissal of one of the named defendants in this case (i.e., Sycamore Partners, Inc.). Moreover, the additional time will allow the parties to discuss settlement.

We therefore respectfully request that the July 5, 2022 date set forth in the Initial Pretrial Scheduling Order be extended to **August 4, 2022** or any date thereafter convenient to the Court.  Plaintiff has consented to the requested adjournment.  No prior requests to adjourn the date has been made.

Respectfully submitted,

*[signature]*

GRANTED.  By **August 4, 2022**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: July 5, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge