womblebonddickinson.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2022
```

**August 2, 2022**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Womble Bond Dickinson (US) LLP

950 Third Avenue
Suite 2400
New York, NY 10022

t: 332.258.8400
f: 332.258.8949

**Via ECF Filing**

Re:   Sundaram v. Belk, Inc., et. al. Case 1:22-cv-03258-AT

Anthony Coppola
Senior Counsel
Direct Dial: 332-258-8450
Direct Fax:
E-mail: Anthony.Coppola@wbd-us.com

Dear Judge Torres:

We are legal counsel to the defendants, Belk, Inc. and Belk Ecommerce LLC ("the Belk Defendants") in this matter and are writing to request a thirty (30) day extension of time to file the parties' joint letter to the Court and Case Management Plan and Scheduling Order presently due to be filed on August 4, 2022. [ECF DKT No. 23] This is the second request to extend the date.

The Court's Initial Pretrial Scheduling Order [ECF DKT No. 16] ordered the parties to file a joint letter and Proposed Case Management Plan and Scheduling Order by **July 5, 2022**. [ECF DKT No. 16] On June 30, 2022 the Belk Defendants requested a thirty (30) day extension of this date to permit the parties to possibly avoid motion practice and to discuss settlement. The Court granted the Belk Defendants' request thereby extending this deadline to **August 4, 2022**. [ECF DKT No. 23]

The parties have been engaged in productive settlement discussions and have reached an agreement for one of the defendants, Sycamore Partners, Inc., to be dismissed from the case. The parties believe that an additional thirty (30) day extension of the deadline to file their joint letter and Proposed Case Management Plan and Scheduling Order will provide additional time for the parties to continue settlement discussions especially as summer scheduling of the principals has delayed discussions.

We therefore respectfully request that the August 4, 2022 date to file the joint letter and Case Management Plan be extended to **September 6, 2022** or any date thereafter convenient to the Court. Plaintiff has consented to the requested adjournment.

GRANTED.

SO ORDERED.

Dated: August 3, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge