UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DURGAMRITHA T. SUNDARAM,

                Plaintiff,

-against-

BELK, INC., BELK ECOMMERCE LLC,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2022
```

22 Civ. 3258 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 4, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by July 5, 2022. ECF No. 16. This deadline was later extended to November 7, 2022. ECF Nos. 23, 29, 34, 37. The parties have submitted a joint letter but have not submitted a case management plan. *See* ECF No. 39. This submission is now overdue. Accordingly, by **November 15, 2022**, the parties shall submit a proposed case management plan.

    SO ORDERED.

Dated: November 8, 2022
       New York, New York

                                              ANALISA TORRES
                                     United States District Judge