USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2023

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DURGAMRITHA T. SUNDARAM

Plaintiff and Counterclaim Defendant,

v.

BELK, INC. and BELK ECOMMERCE LLC,

Defendants and Counterclaim Plaintiffs.

No. 1:22-cv-03258-AT

JURY TRIAL DEMANDED

ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on a Joint Stipulation of Dismissal With Prejudice filed on March 13, 2023. Being fully advised, it is hereby ORDERED that:

1. This matter is dismissed in its entirety with prejudice.

2. Each party shall bear its own fees and costs.

3. This case is CLOSED, DONE AND ORDERED this 14 day of March, 2023.

_____
ANALISA TORRES
United States District Judge

3